AARON D. FORD
 Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: wshogren@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON M. JEFFERSON,<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT SMITH, *et al.*,<br><br>         Defendants. | Case No. 3:22-cv-00200-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Brandon M. Jefferson, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of November, 2022.   DATED this 22nd day of November, 2022.

AARON D. FORD
Attorney General

_____   By: _/s/ William P. Shogren_____
BRANDON M. JEFFERSON #1094051    William P. Shogren, (Bar No. 14619)
Plaintiff, *Pro Se*                              *Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED __November 22,__ 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE